459 A.2d 21

Commonwealth v. Dabrowski, Appellant.

Submitted November 14, 1980. Barbara Malett, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., PRICE and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.

PRICE, J., did not participate in the consideration or decision of this case.